**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1870**

NANCY CHRISTINE WILSON,

              Plaintiff - Appellant,

        v.

ROBERT M. GATES, Secretary United States Department of
Defense,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:09-cv-01074-RDB)

Submitted: April 15, 2011              Decided:  May 3, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark W. Howes, LAW OFFICES OF MARK W. HOWES, LLC, Annapolis,
Maryland, for Appellant.   Rod J. Rosenstein, United States
Attorney, Melanie L. Glickson, Assistant United States Attorney,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nancy Christine Wilson appeals the district court's order dismissing her civil action alleging employment discrimination. On appeal, she argues that the district court erred in granting her former employer's motion for summary judgment. We review orders granting summary judgment de novo, applying the same legal standards as the district court, Nguyen v. CNA Corp., 44 F.3d 234, 236 (4th Cir. 1995), and our review of the record reveals no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. Gates, No. 1:09-cv-01074-RDB (D. Md. June 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2